McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-CR-05356 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION AND |
| v. | ) | ORDER TO DISMISS VIOLATION |
| | ) | PETITION |
| | ) | [AMENDED] |
| | ) | |
| JASPREET SINGH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The United States of America hereby moves to dismiss the Violation Petition filed on December 4, 2006, against Jaspreet Singh.


Dated: December 11, 2006          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                     United States Attorney

                                  By /s/
                                    MARK E. CULLERS
                                  Assistant U. S. Attorney

1

The hearing currently set for December 15, 2006 at 2:30pm before Judge O'Neill has been vacated.

IT IS SO ORDERED.

**Dated:   December 12, 2006**                               **/s/ Lawrence J. O'Neill**
b9ed48                                                         UNITED STATES MAGISTRATE JUDGE