

FILED
APR 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JASWANT SINGH, ) <br> Defendant. ) <br> _____) | No. CR-04-5356-AWI <br><br> ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

DATED: 5-10-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1