**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR    Defendant, JASPREET SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.:    CRF-04-5356-AWI |
|---|---|
| Plaintiff, | **WAIVER OF APPEARANCE AT CO-DEFENDANTS' SENTENCING HEARING** |
| vs. | |
| JASPREET SINGH, et al., | |
| Defendants. | |

**NOW COMES** Defendant, JASPREET SINGH, through his attorney, RICHARD P. BERMAN, and having been fully informed of his right to be present at the Co-Defendants' sentencing hearing herein on Monday, May 12, 2006, at 1:30 p.m., does hereby waive and give up his right to be present and authorizes his attorney to attend for him and to accept each and every order of the Court on his behalf as if he were present.

Dated: May 5, 2008.

　　　　　　　　　　　　　　　　　　　　　 /s/ JASPREET SINGH
　　　　　　　　　　　　　　　　　　　　　JASPREET SINGH

///

1

\*\*\*\*\*\*\*\*\*\*

## O R D E R

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, JASPREET SINGH, is hereby excused from appearing at the hearing currently scheduled for May 12, 2008.

IT IS SO ORDERED.

**Dated:   May 7, 2008**               /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE