(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR Defendant, JASPREET SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CRF-04-5356-AWI |
|---|---|
| Plaintiff, | **DEFENDANT, JASPREET SINGH'S, APPLICATION FOR ORDER EXONERATING APPEARANCE AND COMPLIANCE BOND AND RETURN OF PASSPORT AND ORDER THEREON** |
| vs. | |
| JASPREET SINGH, et al., | |
| Defendants. | |

Defendant, JASPREET SINGH, by and through his attorney of record, RICHARD P. BERMAN, hereby moves the Court for an order exonerating the unsecured appearance and compliance bond in the above-captioned case.

On December 8, 2004, the Magistrate Court ordered JASPREET SINGH released from custody under conditions of Pretrial Services supervision and a $5,000.00 unsecured appearance and compliance bond.

On July 21, 2008, Defendant, JASPREET SINGH, appeared before this Court for sentencing. He was sentenced to three months imprisonment beginning on September 18, 2008. Upon release from

1

imprisonment, Defendant shall be on 24 months of supervised release.

As Defendant, JASPREET SINGH, has already served his time in custody, he hereby requests that this Honorable Court exonerate the unsecured appearance and compliance bond previously set by the Magistrate Court and return his passport to his counsel, Richard P. Berman.

Dated: March 20, 2009.          Respectfully submitted,

LAW OFFICE OF RICHARD P. BERMAN


By /s/ RICHARD P. BERMAN
   RICHARD P. BERMAN
   Attorney for Defendant,
   JASPREET SINGH

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the appearance and compliance bond for $5,000.00 be exonerated and Defendant's passport be returned to counsel, Richard P. Berman, forthwith.

IT IS SO ORDERED.

**Dated:   March 23, 2009**          **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE