PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.        ) | **Docket Number:  1:04CR05356-014** |
| ) | |
| **JASPREET SINGH** ) | |
| ) | |

On December 12, 2008, the above-named was placed on supervised release for a period of 24 months.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON
Senior United States Probation Officer**

Dated:    July 2, 2010
          Sacramento, California
          GPS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Jaspreet SINGH**
      **Docket Number:   1:04CR05356-014**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:   United States Attorney's Office

IT IS SO ORDERED.

Dated:   July 6, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE